■ PHILIP D. RUPERT, JR., Appellant, v GATES & ADAMS, P.C., et al., Respondents. (Appeal No. 2.) [849 NYS2d 922]—Appeal from an order of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), entered October 27, 2006 in a legal malpractice action. The order denied plaintiff's motion for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.